# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 17, 2012**

| | | |
|---|---|---|
| 30496 | Otani v. State, Dept. of Public Safety | Affirmed |

**February 23, 2012**

| | | |
|---|---|---|
| 30685 | Aiona-Agra v. Agra | Affirmed |
| 30368 | Davis v. Jayar Const., Inc. | Affirmed |

**February 24, 2012**

| | | |
|---|---|---|
| 30707 | Davis v. Davis | Vacated and Remanded |
| 30570 | Lee v. Progressive Communications LLC | Affirmed |
| CAAP–11–00 00523 | N Children, In re | Affirmed |
| CAAP–11–00 00063 | State v. Heffelfinger | Affirmed |
| CAAP–11–00 00141 | State v. Mokiau | Vacated and Remanded |

**February 28, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00305 | Island Helicopters-Kauai, Inc. v. Tesoro Hawaii Corp. | Dismissed |

**February 29, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00164 | Jones v. State | Affirmed |
| CAAP–10–00 00190 | State v. Pereira | Affirmed |
| 30553 | State v. Taylor | Affirmed |
| CAAP–11–00 00306 | State v. Zeffilini | Affirmed |

**March 1, 2012**